August 17, 2005

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Baranik
Request for Authorization to Travel to Soviet Union

Dear Judge Ross:

After communications with my Probation Officer, I am submitting this as a letter Motion seeking authorization to travel to the Soviet Union to visit with my 6 year old daughter whom I have not seen for over 4 years. After speaking with Mr. Michael P. Imrek he informed me that there was no objection to this request but that I would need to obtain Court approval for such travel.

The record will show that during my pre-trial release there were no violations and no incidents which would reflect badly upon me. I was permitted to travel during that period of time prior to my incarceration. My passport and travel papers are in order and I need an order from the Court to permit me to go visit my daughter.

I thank the Court in advance for any consideration that can be given in this matter.

Sincerely,

GRIGORI BARANIK
464 Neptune Avenue
Apt. 22G
Brooklyn, New York 11224

Cc: Andrew J. Frisch, AUSA
Michael P. Imrek, U.S. Probation Officer

*[Handwritten annotation:]* For the reasons set forth in the government's letter of Sept 19, 2005, the application is denied at this time. So ordered. 9/19/05 — USDJ

cc: Mr. Baranik
AUSA Frisch
USPO Imrek



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*195 Montague Street*
*Brooklyn, New York 11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York 11201*

September 19, 2005

<u>By Facsimile</u> (718-260-2386)

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Grigori Baranik
<u>Criminal Docket No. 01-1368 (ARR)</u>

Dear Judge Ross:

I submit this letter in response to an application made by the defendant in the above-referenced case, who is now serving his post-incarceration term of supervised release, for permission to travel to abroad. I have discussed the application with the defendant's probation officer, Michael Imrek. Officer Imrek's position, with which I concur, is that the defendant's application should be denied. We oppose the application principally for the following reason. Officer Imrek has advised me that the defendant is currently engaged in selling used cars. Officer Imrek has not yet fully explored the circumstances of the defendant's current business, which is the same type of business he used as a conduit to commit the crime for which he is on supervised release -- causing stolen cars and cars falsely-reported stolen to be sent to confederates in Russia through Riga. Under these circumstances, we believe the defendant's application should be denied.

Respectfully yours,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
Andrew J. Frisch
Assistant U.S. Attorney
(718) 254-6287

cc: Grigori Baranik
    P.O. Michael Imrek



UNITED STATES POSTAL SERVICE

9261

7005 1160 0002 4093 1739

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

August 17, 2005

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Baranik
    Request for Authorization to Travel to Soviet Union

Dear Judge Ross:

After communications with my Probation Officer, I am submitting this as a letter Motion seeking authorization to travel to the Soviet Union to visit with my 6 year old daughter whom I have not seen for over 4 years. After speaking with Mr. Michael P. Imrek he informed me that there was no objection to this request but that I would need to obtain Court approval for such travel.

The record will show that during my pre-trial release there were no violations and no incidents which would reflect badly upon me. I was permitted to travel during that period of time prior to my incarceration. My passport and travel papers are in order and I need an order from the Court to permit me to go visit my daughter.

I thank the Court in advance for any consideration that can be given in this matter.

Sincerely,

GRIGORI BARANIK
464 Neptune Avenue
Apt. 22G
Brooklyn, New York 11224

Cc: Andrew J. Frisch, AUSA —6287
    Michael P. Imrek, U.S. Probation Officer

8/31
- THE PROBATION OFFICER & HIS SUPV. ARE BOTH ON VACATION UNT. NEXT WK.

- THE AUSA NEEDS TO SPEAK W/THEM BEF. HIS CAN MAKE A DECISION ABOUT ∆'S TRAVEL REQUEST.